**COM.**

**v.**

**WILSON, R.**

**2761 EDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–23–CR–0002353–1996

(Delaware)

Affirmed

**IN the INTEREST OF:**
**Z.T.–D.N., a Minor**

**3108 EDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–51–AP–0000186–2014,    CP–51–DP–0012032–2010

(Philadelphia)

Affirmed

**IN the INTEREST OF: Z.N.N., a Minor**

**3109 EDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–51–AP–0000187–2014
CP–51–DP–0012031–2010
(Philadelphia)
Affirmed

**IN the INTEREST OF:**
**R.N.R., a Minor**
**3305 EDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–51–AP–0000835–2016
(Philadelphia)
Affirmed

**IN RE: VENCIL, N.**

**Appeal of: Vencil, N.**
**472 MDA 2014**

Superior Court of Pennsylvania.

04/19/2017

12–665
(Cumberland)
Remanded